**LANG & KLAIN, P.C.**
8767 E. VIA DE COMMERCIO, SUITE 102
SCOTTSDALE, ARIZONA 85258
TELEPHONE (480) 947-1911
*Please e-serve filings on:*
Filing@lang-klain.com

MICHAEL W. THAL, #023843
mthal@lang-klain.com (*not for e-service*)
LORI A. GUNER, #031646
lguner@lang-klain.com (*not for e-service*)

*Attorneys for Exceptional Floor Covering, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JEFFERY MILLER and JENNIFER MILLER, husband and wife;<br><br>Debtors. | Chapter: 7<br><br>Case No. 2:17-bk-09097-MCW<br><br>Adv. No.: 2:17-ap-00717<br><br>**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT** |
| EXCEPTIONAL FLOOR COVERING, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY MILLER and JENNIFER MILLER, husband and wife,<br><br>Defendants. | |

STATE OF ARIZONA ) 
) ss.
COUNTY OF MARICOPA )

Clara Wiklanski, being duly sworn upon her oath, deposes and says:

1. I am employed as a legal assistant by the law firm of Lang & Klain, P.C., attorneys for Plaintiff in the above-entitled action, and make this Affidavit upon my own

personal knowledge, having been duly authorized to do so.

2. On the 13th day of November, 2017, I caused copies of the Summons and Complaint to Except Certain Debt from Discharge to be delivered to a qualified process server at First Legal Network, to be served on the following parties:

> Jeffery Miller
> 20209 S. 198th St.
> Queen Creek, Arizona 85142
> *Defendant/Debtor*
>
> Jennifer Miller
> 20209 S. 198th St.
> Queen Creek, Arizona 85142
> *Defendant/Debtor*

3. On the 16th day of November, 2017, I received a notification from First Legal Network confirming that a process server for First Legal Network had, on November 15, 2017, personally served copies of the Summons and Complaint to Except Certain Debt from Discharge on Defendants Jeffery Miller and Jennifer Miller in person. Copies of the Affidavits of Service by Benjamin J. Zwaschka of First Legal Network are attached hereto as *Exhibit 1*.

_____
Clara Wiklanski

Subscribed and sworn to before me by Clara Wiklanski this 27th day of December, 2017.

_____
Notary Public

My Commission Expires:

6-17-21

CASEY LYN DOYLE
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
June 17, 2021

| | |
|---|---|
| 1 | Copies of the foregoing mailed on the 27th day of December, 2017 to: |
| 2 | |
| 3 | Jeffery Miller<br>Jennifer Miller<br>20209 S. 198th St. |
| 4 | Queen Creek, Arizona 85142<br>*Defendants/Judgment Debtors* |
| 5 | |
| 6 | Adam Hauf, Esq.<br>Hauf Law, PLC<br>8102 N. 23rd Ave. |
| 7 | Suite E<br>Phoenix, Arizona 85021 |
| 8 | *Attorneys for Defendants/Judgment Debtors* |
| 9 | Jill H. Ford<br>P.O. Box 5845 |
| 10 | Carefree, Arizona 85377<br>*Trustee* |
| 11 | |
| 12 | By: /s/ Clara Wilfanski |
| 13 | |

- 3 -

# Exhibit 1

| Attorney or Party without Attorney: <br> LANG & KLAIN, PC <br> MICHAEL W. THAL, (#023843) <br> 8767 VIA DE COMMERCIO SUITE 102 <br> SCOTTSDALE, AZ 85258 <br> Telephone No: 480 947-1911 | | For Court Use Only |
|---|---|---|
| Attorney For: Exceptional Floor Covering, Inc. | Ref. No. or File No.: 2990-002 | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES BANKRUPTCY COURT | | |
| Plaintiff: In re: JEFFERY MILLER and JENNIFER MILLER <br> Defendant: Exceptional Floor Covering, Inc. | | |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:17-ap-00717-MCW |
|---|---|---|---|---|

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS IN AN ADVERSARY PROCEEDING; COMPLAINT TO EXCEPT CERTAIN DEBT FROM DISCHARGE;

3. a. Party served: JENNIFER MILLER
   b. Person served: Jeffery Miller, Husband/Co-Occupant

4. Address where the party was served: 20209 S 198th St, Queen Creek, AZ 85142

5. I served the party:
   a. by substituted service. On: Wed, Nov 15 2017 at: 07:11 PM by leaving the copies with or in the presence of:
      Jeffery Miller, Husband/Co-Occupant, Caucasian, Male, 48 yrs., Gray hair, Brown eyes, 5'10", 185 lbs.

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Service: $95.65, Mileage: $110.40, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $216.05

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Benjamin J. Zwaschka MB-8716;
   b. FIRST LEGAL
      3737 North 7th. Street Suite 125
      PHOENIX, AZ 85014
   c. (602) 248-9700

   11-24-17 (Date)   (Signature)

7. STATE OF ARIZONA, COUNTY OF Maricopa
   Subscribed and sworn to (or affirmed) before on this  20  day of Nov , 2017 by Benjamin J. Zwaschka (MB-8716)
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

   OFFICIAL SEAL
   TRICIA DESPAIN
   Notary Public - State of Arizona
   MARICOPA COUNTY
   My Comm. Expires March 8, 2019

   AFFIDAVIT OF SERVICE

   *1802237 (595318)*

| Attorney or Party without Attorney: <br> LANG & KLAIN, PC <br> MICHAEL W. THAL, (#023843) <br> 8767 VIA DE COMMERCIO SUITE 102 <br> SCOTTSDALE, AZ 85258 <br> Telephone No: 480 947-1911 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Exceptional Floor Covering, Inc. | | Ref. No. or File No.: 2990-002 | | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES BANKRUPTCY COURT | | | | |
| Plaintiff: In re: JEFFERY MILLER and JENNIFER MILLER <br> Defendant: Exceptional Floor Covering, Inc. | | | | |
| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:17-ap-00717-MCW |

1. *At the time of service I was at least 21 years of age and not a party to this action.*

2. I served copies of the
   SUMMONS IN AN ADVERSARY PROCEEDING; COMPLAINT TO EXCEPT CERTAIN DEBT FROM DISCHARGE;

3. a. *Party served:* JEFFERY MILLER
   b. *Person served:* JEFFERY MILLER, Caucasian, Male, 48 yrs., Gray hair, Brown eyes, 5'10", 185 lbs.

4. *Address where the party was served:* 20209 S 198th St, Queen Creek, AZ 85142

5. *I served the party:*
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 15 2017 (2) at: 07:10 PM

Service: $30.00, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $40.00

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. *Person Executing:*
   a. Benjamin J. Zwaschka MB-8716
   b. FIRST LEGAL
      3737 North 7th. Street Suite 125
      PHOENIX, AZ 85014
   c. (602) 248-9700

   _____  _____
   (Date)            (Signature)

7. STATE OF ARIZONA, COUNTY OF Maricopa
   *Subscribed and sworn to (or affirmed) before on this ____ day of Nov, 2017 by Benjamin J. Zwaschka (MB-8716) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

   _____
   (Notary Signature)



OFFICIAL SEAL
TRICIA DESPAIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 8, 2019

AFFIDAVIT OF SERVICE

*1802240 (595316)*