FORM−ntrydflt

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:17−bk−09097−MCW |
| JEFFERY MILLER and JENNIFER MILLER<br>*Debtor(s)* | Chapter: 7 |
| Exceptional Floor Covering, Inc.<br>*Plaintiff(s)* | Adversary No.: 2:17−ap−00717−MCW |
| v. | |
| JEFFERY MILLER et al.<br>*Defendant(s)* | |

# ENTRY OF DEFAULT

It appears from the record that the following defendant(s) have failed to plead or otherwise defend in this case as required by law.

Jeffery Miller and Jennifer Miller

Therefore, default is entered against the above−named defendant(s) as authorized by **Federal Rule of Bankruptcy Procedure 7055**.

**Date: December 29, 2017**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**