**LANG & KLAIN, P.C.**
8767 E. VIA DE COMMERCIO, SUITE 102
SCOTTSDALE, ARIZONA 85258
TELEPHONE (480) 947-1911
*Please e-serve filings on:*
Filing@lang-klain.com

MICHAEL W. THAL, #023843
mthal@lang-klain.com (*not for e-service*)
LORI A. GUNER, #031646
lguner@lang-klain.com (*not for e-service*)

*Attorneys for Exceptional Floor Covering, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JEFFERY MILLER and JENNIFER MILLER, husband and wife;<br><br>Debtors.<br><br>——————————————<br><br>EXCEPTIONAL FLOOR COVERING, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY MILLER and JENNIFER MILLER, husband and wife,<br><br>Defendants. | Chapter: 7<br><br>Case No. 2:17-bk-09097-MCW<br><br>Adv. No.: 2:17-ap-00717<br><br>**NOTICE OF LODGING DEFAULT JUDGMENT RE: NON-DISCHARGEABILITY** |

Notice is hereby given that Plaintiff Exceptional Floor Covering, Inc. ("Plaintiff") has lodged with the Court its form of *Default Judgment Re: Non-Dischargeability* (the "Default Judgment). The Default Judgment is attached hereto.

DATED this 29th day of December, 2017.

| | |
|---|---|
| 1 | LANG & KLAIN, P.C. |
| 2 | |
| 3 | By: /s/ Michael W. Thal |
| 4 | Michael W. Thal<br>Lori A. Guner |
| 5 | *Attorneys for Exceptional Floor Covering, Inc.* |
| 6 | |
| 7 | |
| 8 | Copy of the foregoing mailed this 29th<br>Day of December, 2017 to: |
| 9 | |
| 10 | Jeffery Miller<br>Jennifer Miller |
| 11 | 20209 S. 198th St.<br>Queen Creek, Arizona 85142 |
| 12 | *Defendants/Judgment Debtors* |
| 13 | Adam Hauf, Esq.<br>Hauf Law, PLC |
| 14 | 8102 N. 23rd Ave.<br>Suite E |
| 15 | Phoenix, Arizona 85021<br>*Attorneys for Defendant/Judgment Debtor* |
| 16 | |
| 17 | By: /s/ *Clara Wiklanski* |

- 2 -

**LANG & KLAIN, P.C.**
8767 E. VIA DE COMMERCIO, SUITE 102
SCOTTSDALE, ARIZONA 85258
TELEPHONE (480) 947-1911
*Please e-serve filings on:*
Filing@lang-klain.com

MICHAEL W. THAL, #023843
mthal@lang-klain.com (*not for e-service*)
LORI A. GUNER, #031646
lguner@lang-klain.com (*not for e-service*)

*Attorneys for Exceptional Floor Covering, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 7 |
| JEFFERY MILLER and JENNIFER MILLER, husband and wife; | Case No. 2:17-bk-09097-MCW |
| | Adv. No.: 2:17-ap-00717 |
| Debtors. | |
| | **DEFAULT JUDGMENT RE: NON-DISCHARGEABILITY** |
| EXCEPTIONAL FLOOR COVERING, INC., an Arizona corporation, | |
| Plaintiff, | |
| v. | |
| JEFFERY MILLER and JENNIFER MILLER, husband and wife, | |
| Defendants. | |

The Court having considered Plaintiff's Application for Entry of Default, Affidavit in Support of Application for Entry of Default, Affidavit Regarding Sum Certain, and Affidavit of Service of Summons and Complaint, the Court finds that pursuant to 11 U.S.C. § 523(a)(4), the debts set forth in the Final Judgment dated August 29, 2017, entered by the Highland Justice Court in the Maricopa County Justice Court case no. CC2016-193091RC

1  and attached hereto as *Exhibit A*, are non-dischargeable in Case No. 2:17-bk-09097-MCW
2  and any subsequent bankruptcy cases/filings by the Debtors/Defendants Jeffery Miller and
3  Jennifer Miller. Based on these findings, Plaintiff's Affidavit Regarding Sum Certain, and
4  for good cause shown,

5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

6  1. That the debts set forth in the Final Judgment dated August 29, 2017, entered by the Highland Justice Court in the Maricopa County Justice Court case no. CC2016-193091RC, attached hereto as Exhibit A, are non-dischargeable this case, Case No. 2:17-bk-09097-MCW, and any subsequent bankruptcy cases/filings by the Debtors/Defendants Jeffery Miller and Jennifer Miller.

11 2. That Plaintiff Exceptional Floor Covering, Inc. is hereby granted judgment against Defendants Jeffery Miller and Jennifer Miller in: (a) the principal sum of $7,947.45, (b) pre-judgment interest of $1,552.04, (c) attorneys' fees of $12,165.00, and (d) costs of $947.66, pursuant to the Final Judgment attached hereto as Exhibit A.

15 3. Further, that: (a) interest on the principal sum of $7,947.45, until paid, shall be at the rate of 18 % per annum since June 24, 2016 pursuant to A.R.S. § 32-1129.02(H), (b) post-judgment interest on the $7,947.45, until paid in full, shall be at the rate of 10% per annum, and (c) interest on all attorneys' fees and costs at the rate of 5.25% per annum pursuant to A.R.S. § 44-1201(B) from August 29, 2017, the date of the Final Judgment, until paid in full, pursuant to the Final Judgment attached hereto as Exhibit A.

21 4. The Clerk of this Court is directed to enter this Judgment forthwith.

**SIGNED AND DATED ABOVE**

- 2 -
Case 2:17-ap-00717-MCW    Doc 7    Filed 12/29/17    Entered 12/29/17 14:11:28    Desc
Main Document    Page 4 of 7

EXHIBIT A

EXHIBIT A

LANG & KLAIN, P.C.
8767 E. VIA DE COMMERCIO, SUITE 102
SCOTTSDALE, ARIZONA 85258
TELEPHONE (480) 947-1911
*Please e-serve filings on:*
Filing@lang-klain.com

MICHAEL W. THAL, #023843
mthal@lang-klain.com (*not for e-service*)
LORI A. GUNER, #031646
lguner@lang-klain.com (*not for e-service*)

*Attorneys for Plaintiff*

# HIGHLAND JUSTICE COURT

55 East Civic Center Dr., Suite 55, Gilbert AZ 85296 (602) 372-8300

| | |
|---|---|
| EXCEPTIONAL FLOOR COVERING, INC., an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE REMODELING AND DESIGN, LLC, an Arizona limited liability company, JEFFREY MILLER and JANE DOE MILLER, husband and wife, JACOB MILLER and JANE DOE MILLER, husband and wife,<br><br>Defendants. | Case No. CC2016-193091RC<br><br>**FINAL JUDGMENT**<br><br>(Assigned to the Hon. Steve Urie) |

This matter having come before the Court at the July 7, 2017 trial and the Court having considered the evidence and arguments presented therein, the Court finds:

1. Defendant Scottsdale Remodeling and Design ("SRD") failed to pay the legitimate invoice of Plaintiff Exceptional Floor Covering ("EFC") for labor and materials provided by EFC to the property located at 8245 E. Bell Rd., Unit 230, Scottsdale, Arizona 85260, pursuant to the contract between SRD and EFC.

2. EFC has obtained default judgment against Defendants SRD and Jacob Miller.

3. EFC is entitled to judgment against Defendant Jeffrey Miller personally, pursuant to A.R.S. § 33-1005.

4. EFC is entitled to judgment in the principal amount of $7,947.45, plus interest on the principal sum at the rate of 18% per annum since June 24, 2016 pursuant to A.R.S. § 32-1129.02(H).

5. EFC is the prevailing party in this action and is entitled to an award of its reasonable attorneys' fees and costs incurred in connection with this action, pursuant to A.R.S. §§ 12-341.01, 12-341, and 32-1129.02(J).

Based on the foregoing findings, and cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. EFC is hereby awarded judgment against Miller pursuant to A.R.S. § 33-1005.

2. EFC is hereby awarded the principal amount of $7,947.45 against Jeffrey Miller, together with prejudgment interest in the amount of $1,552.04, which constitutes interest pursuant to A.R.S. § 32-1129.02(H) from June 24, 2016 (the eighth day following the date EFC submitted its invoice to SRD) until July 17, 2017 (the date of this filing), and post-judgment interest on the principal sum at the rate of 10% per annum until paid in full;

3. EFC shall have and recover its costs incurred herein in the amount of $947.66 as against Jeffrey Miller;

4. EFC shall have and recover its reasonable attorneys' fees incurred herein in the amount of $12,165.00 as against Jeffrey Miller;

5. EFC shall have and recover interest on all attorneys' fees and costs awarded herein at the rate of 5.25% per annum (which, pursuant to A.R.S. 44-1201(B) equals one percent plus the July 12, 2017 prime rate of 4.25% according to the Federal Reserve) from the date of this Judgment until paid in full; and

6. That no further matters remain pending and this Judgment is entered pursuant to Rule 139(a).

DATED this ___ day of _____, 2017.

AUG 2 9 2017

The Honorable Steve Urie
Judge of the Highland Justice Court

Copies Mailed to: ✓ Plaintiff
✓ Defendant
Copies to Process Server for: ___ Pltf.
___ Deft.
On this date: 08/31/17
By: ___

- 2 -